# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES B. HAYW[A]RD

VERSUS

ACADIAN AMBULANCE SERVICE, INC.

NO.   2024 CW 0302

**JULY 29,2024**

---

In Re:   Acadian Ambulance Service, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 738320.

---

**BEFORE:   GUIDRY, C.J., McCLENDON, WELCH, WOLFE AND MILLER, JJ.**

**WRIT GRANTED.** The trial court's February 29, 2024 judgment overruling the exception of prematurity filed by defendant, Acadian Ambulance Service, Inc. ("Acadian"), is reversed. The claims brought by plaintiff, James B. Hayward, against Acadian, a qualified health care provider, sound in medical malpractice. See La. R.S. 40:1231.1(A)(13); **Coleman v. Deno**, 2001-1517 (La. 1/25/02), 813 So.2d 303, 315-16. Therefore, plaintiff was required to seek review of his claims with a medical review panel prior to filing the instant suit against Acadian. See **Williamson v. Hosp. Serv. Dist. No. 1 of Jefferson**, 2004-0451 (La. 12/1/04), 888 So.2d 782, 785. Accordingly, Acadian's exception of prematurity is sustained and James B. Hayward's claims against Acadian Ambulance Service, Inc. are dismissed without prejudice.

PMc
JEW
EW
SMM

**Guidry, J.**, disents and would deny the writ. At the time the plaintiff was injured, he had already received medical treatment and had been transported back to his home. Therefore, I find the defendant failed to show that the plaintiff's claims fall under the Louisiana Medical Malpractice Act.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT